UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:04-CR-32 |
| V. | ) | (Phillips / Shirley) |
| | ) | |
| PERRY D. MCCREARY-REDD, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or report and recommendation regarding disposition by the District Court as may be appropriate. This case came before the Court on August 9, 2007, for a Status Conference. Tracee Plowell was present on behalf of the government. Mike Whalen was present on behalf the defendant, who was also present.

During the hearing, the government advised the Court that three *pro se* motions had been filed by the defendant while the matter was pending before the Sixth Circuit. Defense counsel informed the Court that he had not yet had a chance to review the pending motions, but would do so at the earliest opportunity. In light of these pending motions, the Court set the following deadlines:

1. The defendant shall inform the government and the Court on or before **August 17, 2007**, whether he intends to pursue the pending *pro se* motions;

2. Should defense counsel determine that additional motion practice is needed, he shall request leave to file additional motions on or before **August 17, 2007**;

3. The government shall have until and including **August 31, 2007**, to respond to all pending motions;

4. All pending motions will be heard before this Court on **September 10, 2007, at 2:00 p.m.**;

5. A pretrial conference is set for **October 3, 2007, at 2:30 p.m.** before this Court; and

6. The trial in this matter is reset to commence on **October 18, 2007**, before the Honorable Thomas W. Phillips, United States District Judge.

   **IT IS SO ORDERED.**

   ENTER:

      s/ C. Clifford Shirley, Jr.
   United States Magistrate Judge